## BLACKFORD v GAYNOR et

Ohio Appeals, 5th Dist, Delaware Co

Decided Dec 10, 1934

W. P. Moloney, Marion, and Carter M. Patton, Marion, for plaintiff in error.
F. M. Marriott, Delaware, for defendant in error.

For full opinion see 4 OO 250; 50 Oh Ap '494.